**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| In re: MCGRAW, MATTHEW RYAN § § § § <br> Debtor(s) | Case No. 21-20280 |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　RANDY L. ROYAL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,981.95 | Assets Exempt: | $814.95 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $801.75 | Claims Discharged Without Payment: | $29,850.00 |
| Total Expenses of Administration: | $428.36 | | |

　　　　3) Total gross receipts of $3,622.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,391.89 (see **Exhibit 2**), yielded net receipts of $1,230.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,121.00 | $2,354.14 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $428.36 | $428.36 | $428.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $200.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $30,720.00 | $801.24 | $801.75 | $801.75 |
| **TOTAL DISBURSEMENTS** | $47,041.00 | $3,583.74 | $1,230.11 | $1,230.11 |

4) This case was originally filed under chapter 7 on 06/18/2021. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2022          By: /s/ RANDY L. ROYAL
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT: HILLTOP BANK CHECKING # 7784 JOINT ACCOUNT WITH GF | 1129-000 | $16.42 |
| 2021 TAX REFUND | 1224-000 | $1,667.11 |
| DEBTOR'S SHARE OF 2021 TAX REFUND | 1280-000 | $1,938.47 |
| **TOTAL GROSS RECEIPTS** | | **$3,622.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MCGRAW, MATTHEW RYAN | 21-20280 MATTHEW R. MCGRAW $453.42 Unsecured 100.00% Claim No. SURPLUS | 8200-002 | $453.42 |
| UNITED STATES BANKRUPTCY CLERK - MATTHEW RYAN MCGRAW | UNCLAIMED FUNDS - DEBTOR'S SHARE OF 2021 TAX REFUND | 8500-001 | $1,938.47 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$2,391.89** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK | 4210-000 | $2,157.00 | $2,354.14 | $0.00 | $0.00 |
| N/F | OneMain Financia | 4110-000 | $13,964.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$16,121.00** | **$2,354.14** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - RANDY L. ROYAL | 2100-000 | NA | $307.53 | $307.53 | $307.53 |
| Trustee, Expenses - RANDY L. ROYAL | 2200-000 | NA | $98.29 | $98.29 | $98.29 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $22.54 | $22.54 | $22.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $428.36 | $428.36 | $428.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Natrona County Child Support | 5600-000 | $200.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $200.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ROCKY MOUNTAIN RECOVERY SYSTEMS | 7100-000 | $420.00 | $422.93 | $422.93 | $422.93 |
| 2I | ROCKY MOUNTAIN RECOVERY SYSTEMS | 7990-000 | NA | NA | $0.27 | $0.27 |
| 3 | WYOMING MED CTR/CENTRAL | 7100-000 | $450.00 | $257.19 | $257.19 | $257.19 |
| 3I | WYOMING MED CTR/CENTRAL | 7990-000 | NA | NA | $0.16 | $0.16 |
| 4 | WYO HEALTH MED GROUP LLC | 7100-000 | NA | $121.12 | $121.12 | $121.12 |
| 4I | WYO HEALTH MED GROUP LLC | 7990-000 | NA | NA | $0.08 | $0.08 |
| N/F | 1st Financial Bk Usa | 7100-000 | $16,855.00 | NA | NA | NA |
| N/F | AT&T Mobility | 7100-000 | $396.00 | NA | NA | NA |
| N/F | Capital One Bank Usa N | 7100-000 | $959.00 | NA | NA | NA |
| N/F | Capital One Bank Usa N | 7100-000 | $809.00 | NA | NA | NA |
| N/F | Central Wyoming Counselling Service | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | Credit One Bank Na | 7100-000 | $773.00 | NA | NA | NA |
| N/F | Discover Financial Services | 7100-000 | $2,720.00 | NA | NA | NA |
| N/F | Online Collections | 7100-000 | $275.00 | NA | NA | NA |
| N/F | Synchrony Bank Paypa | 7100-000 | $912.00 | NA | NA | NA |
| N/F | Us Bank | 7100-000 | $4,851.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $30,720.00 | $801.24 | $801.75 | $801.75 |
|---|---|---|---|---|

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 21-20280 | Trustee Name: | (700060) RANDY L. ROYAL |
|---|---|---|---|
| Case Name: | MCGRAW, MATTHEW RYAN | Date Filed (f) or Converted (c): | 06/18/2021 (f) |
| | | § 341(a) Meeting Date: | 07/27/2021 |
| For Period Ending: | 09/28/2022 | Claims Bar Date: | 06/21/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2005 CHEVROLET TRAILBLAZER | 3,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2016 ARTIC CAT | 2,157.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 4 | CASH | 10.00 | 10.00 | | 0.00 | FA |
| 5 | CHECKING ACCOUNT: HILLTOP BANK CHECKING # 7784 JOINT ACCOUNT WITH GF | 20.00 | 16.42 | | 16.42 | FA |
| 6 | 401(K) OR SIMILAR PLAN: EMPOWER RETIREMENT IRA | 564.95 | 0.00 | | 0.00 | FA |
| 7 | 2021 TAX REFUND (u)<br>2020 = $52.00 OWED<br>2019 = $4,486.00 | Unknown | 0.00 | | 1,667.11 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$6,001.95** | **$26.42** | | **$1,683.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

    7.27.2021 HOLD FOR 2021 TAX REFUND
    9.8.2021 FILE REVIEWED, NO ACTION TAKEN
    12.2.2021 TD FOR 2021 TR DONE
    12.2.2021 IRS RTO DONE
    3.4.2022 EMAIL TO GEORGE - UPDATE ON 2021 TR
    3.16.2022 TAX REFUND REC'D, REFUND = $3,622.00
    3.17.2022 CLAIMS BAR DATE SET, LDFC = 6.21.2022
    5.24.2022 WAITING FOR CLAIMS BAR DATE TO EXPIRE

**Initial Projected Date Of Final Report (TFR):** 12/31/2022   **Current Projected Date Of Final Report (TFR):** 07/26/2022 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 21-20280 | Trustee Name: | RANDY L. ROYAL (700060) |
|---|---|---|---|
| Case Name: | MCGRAW, MATTHEW RYAN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5008 | Account #: | ******6360 Checking |
| For Period Ending: | 09/28/2022 | Blanket Bond (per case limit): | $57,678,389.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/22 | | IRS | 2021 TAX REFUND | | 3,622.00 | | 3,622.00 |
| | {7} | | ESTATE'S SHARE OF 2021 TAX REFUND $1,667.11 | 1224-000 | | | |
| | {5} | | BANK ACCOUNT $16.42 | 1129-000 | | | |
| | | | DEBTOR'S SHARE OF 2021 TAX REFUND $1,938.47 | 1280-000 | | | |
| 03/17/22 | 101 | MATTHEW RYAN MCGRAW | DEBTOR'S SHARE OF 2021 TAX REFUND Stopped on 06/21/2022 | 8500-001 | | 1,938.47 | 1,683.53 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,678.53 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.60 | 1,672.93 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.59 | 1,667.34 |
| 06/21/22 | 101 | MATTHEW RYAN MCGRAW | DEBTOR'S SHARE OF 2021 TAX REFUND Stopped: check issued on 03/17/2022 | 8500-001 | | -1,938.47 | 3,605.81 |
| 06/21/22 | 102 | UNITED STATES BANKRUPTCY CLERK | UNCLAIMED FUNDS - DEBTOR'S SHARE OF 2021 TAX REFUND | 8500-001 | | 1,938.47 | 1,667.34 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.35 | 1,660.99 |
| 09/08/22 | 103 | RANDY L. ROYAL | 21-20280 MATTHEW R. MCGRAW $307.53 Admin Ch. 7 100.00% Claim No. FEE | 2100-000 | | 307.53 | 1,353.46 |
| 09/08/22 | 104 | RANDY L. ROYAL | 21-20280 MATTHEW R. MCGRAW $98.29 Admin Ch. 7 100.00% Claim No. TE | 2200-000 | | 98.29 | 1,255.17 |
| 09/08/22 | 105 | ROCKY MOUNTAIN RECOVERY SYSTEMS | 21-20280 MATTHEW R. MCGRAW $422.93 Unsecured 100.00% Claim No. 2 | 7100-000 | | 422.93 | 832.24 |
| 09/08/22 | 106 | ROCKY MOUNTAIN RECOVERY SYSTEMS | 21-20280 MATTHEW R. MCGRAW $0.27 Unsecured 100.00% Claim No. 2I | 7990-000 | | 0.27 | 831.97 |
| 09/08/22 | 107 | WYOMING MED CTR/CENTRAL | 21-20280 MATTHEW R. MCGRAW $257.19 Unsecured 100.00% Claim No. 3 | 7100-000 | | 257.19 | 574.78 |
| 09/08/22 | 108 | WYOMING MED CTR/CENTRAL | 21-20280 MATTHEW R. MCGRAW $0.16 Unsecured 100.00% Claim No. 3I | 7990-000 | | 0.16 | 574.62 |
| 09/08/22 | 109 | WYO HEALTH MED GROUP LLC | 21-20280 MATTHEW R. MCGRAW $121.12 Unsecured 100.00% Claim No. 4 | 7100-000 | | 121.12 | 453.50 |
| 09/08/22 | 110 | WYO HEALTH MED GROUP LLC | 21-20280 MATTHEW R. MCGRAW $0.08 Unsecured 100.00% Claim No. 4I | 7990-000 | | 0.08 | 453.42 |
| 09/08/22 | 111 | MCGRAW, MATTHEW RYAN | 21-20280 MATTHEW R. MCGRAW $453.42 Unsecured 100.00% Claim No. SURPLUS | 8200-002 | | 453.42 | 0.00 |

Page Subtotals:   $3,622.00   $3,622.00

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| Case No.: 21-20280 | Trustee Name: | RANDY L. ROYAL (700060) |
| Case Name: MCGRAW, MATTHEW RYAN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: **-***5008 | Account #: | ******6360 Checking |
| For Period Ending: 09/28/2022 | Blanket Bond (per case limit): | $57,678,389.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 3,622.00 | 3,622.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 3,622.00 | 3,622.00 | |
| | | Less: Payments to Debtors | | | | 453.42 | |
| | | NET Receipts / Disbursements | | | $3,622.00 | $3,168.58 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 21-20280 | | **Trustee Name:** | RANDY L. ROYAL (700060) |
| **Case Name:** MCGRAW, MATTHEW RYAN | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***5008 | | **Account #:** | ******6360 Checking |
| **For Period Ending:** 09/28/2022 | | **Blanket Bond (per case limit):** | $57,678,389.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6360 Checking | $3,622.00 | $3,168.58 | $0.00 |
| | **$3,622.00** | **$3,168.58** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)